# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: ALBA, JOHNANGEL | § | Case No. 8:12-bk-09925-KRM |
| MONROY-ALBA, SCARLETT Y | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 28, 2012.  The undersigned trustee was appointed on June 29, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            5,000.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an | |
| interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 205.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]            $ | 4,795.00 |

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 11/15/2012 and the deadline for filing governmental claims was 12/25/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2]In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $83.89, for total expenses of $83.89.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2014               By:/s/Beth Ann Scharrer
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 8:12-bk-09925-KRM | Trustee: | (290550) | Beth Ann Scharrer |
| Case Name: | ALBA, JOHNANGEL | Filed (f) or Converted to (c): | 06/28/12 (f) | |
| | MONROY-ALBA, SCARLETT Y | §341(a) Meeting Date: | 08/02/12 | |
| Period Ending: | 01/04/14 | Claims Bar Date: | 11/15/12 | |

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>  Residence: 2Bdrm/1bath Condo, Location: 4433 Prescott Avenue Lyons, Il. 60534 | 30,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real Property<br>  Residence: Duplex Family Residential Property (1st, fl. rental unit and 2nd fl. rental unit, Location: 2349 W. 18th. pl. Chicago, Il. 60608) | 190,000.00 | 0.00 | | 0.00 | FA |
| 3 | Real Property<br>  Residence: 3bd/2ba. Single Family Home (2floors), Location: 5212 Creekmore IN | 76,000.00 | 0.00 | | 0.00 | FA |
| 4 | Real Property<br>  Residence: 3bd/2ba Single Family, Location: 4141 Rolling Springs Dr. Tampa, FL 33624 | 125,000.00 | 0.00 | | 5,000.00 | FA |
| 5 | Checking acct<br>  Chase #9083 Location: JP Morgan Chase Bank, P.O. Box 659754, San Antonio, TX 78265 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Checking acct<br>  Grow Checking #0585 Location: Grow Financial, P.O Box 89909, Tampa, Fl. 33689 | 123.00 | 0.00 | | 0.00 | FA |
| 7 | Savings acct<br>  Grow Financial #0585 Location: Grow Financial Federal Credit Union, P.O. Box 89909, Tampa, Fl. 33689 | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Household goods and furnishings<br>  Furniture: 1 queen bed, 1 bunk bed, 1 childs bed, 5 floor cabinet units, 1 sofa bed, 1 chaise, 1 office desk, 1 student hutch, 3 folding book shelves, 1 dining room table w 4 chairs, 1 bench, 1 student chair, 2wall cabinets, coffee table set (broken), 2 small coffee stands Location: 4141 Rolling Springs Dr. Tampa, FL 33624; | 675.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods and furnishings<br>  Appliances: 1997 Microwave(broken handle), 1997 Refrigerator (leaking water dispenser), 1997 stove (oven not working), 1997 dryer, washer(loaned by | 550.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 8:12-bk-09925-KRM | |
| **Case Name:** | ALBA, JOHNANGEL | |
| | MONROY-ALBA, SCARLETT Y | |
| **Period Ending:** 01/04/14 | | |

| | |
|---|---|
| **Trustee:** | (290550)   Beth Ann Scharrer |
| **Filed (f) or Converted to (c):** | 06/28/12 (f) |
| **§341(a) Meeting Date:** | 08/02/12 |
| **Claims Bar Date:** | 11/15/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Estela Monroy), 1997 diswasher, LCD 46 LG TV, 2005 Tosiba Computer, wireless headphones, 2 portable fans, 1 small AC, 1 small freezer, 1 small freezer coffee pot, rice maker Location: 4141 Rolling Springs Dr. Tampa, FL 33624 | | | | | |
| 10 | Household goods and furnishings    Household: Plates (8), Small plates (10), Plastic kid plates (6), soup bowls (8), glassware 12, coffee cups (7), tableware (24) pots w lids(4), pans (4), iron cast grill (1) misco., cookware (4), sharp knives (8),various kitchen utensils (20) | 67.00 | 0.00 | | 0.00 | FA |
| 11 | Household goods and furnishings    Audio-Video: 2 mini mp3 players, dvd player, Location: 4141 Rolling Springs Dr. Tampa, FL 33624 | 30.00 | 0.00 | | 0.00 | FA |
| 12 | Books, pictures and other art objects    Books-Music: various children books, various adult non fiction, 67 children and family dvd's Location: 4141 Rolling Springs Dr. Tampa, FL 33624 | 165.00 | 0.00 | | 0.00 | FA |
| 13 | Wearing apparel.    Clothes: Children clothes, Adult clothes, gym shoes, adult dress shoes undergarments sweaters, hoodies, jackets Location: 4141 Rolling Springs Dr. Tampa, FL 33624 | 455.00 | 439.00 | | 0.00 | FA |
| 14 | 3 childrens bikes | 45.00 | 0.00 | | 0.00 | FA |
| 15 | Basic tool set, battery, drill    Location: 4141 Rolling Springs dr. Tampa, Florida, 33624 | 100.00 | 0.00 | | 0.00 | FA |
| 16 | Interests in insurance policies    Term Life #3283 Location: The Saving Bank Life Insurance Company, of Massachusetts, One Linscott Rd., Woburn, MA. 018001 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Interests in insurance policies:    Term Life 2-303-5070 Location: Minnesota Life Insurance Co., 400 Robert Street North, St. Paul, Minn. 55101 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| Case Number: | 8:12-bk-09925-KRM |
| Case Name: | ALBA, JOHNANGEL |
| | MONROY-ALBA, SCARLETT Y |
| Period Ending: | 01/04/14 |

| | |
|---|---|
| Trustee: | (290550)   Beth Ann Scharrer |
| Filed (f) or Converted (c): | 06/28/12 (f) |
| §341(a) Meeting Date: | 08/02/12 |
| Claims Bar Date: | 11/15/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Interests in insurance policies<br>    Term Life Insurance 2-375-993V Location:<br>Minnesota Life, 400 Robert Street North, St. Paul Mn.<br>55101 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Interests in insurance policies.<br>    Term Life 2-315-552V Location: Minnesota Life, 400<br>Robert Street North, St. Paul Mn. 55101 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Interests in insurance policies.<br>    Term Life 2-315-563V Location: Minnesota Life, 400<br>Robert Street North, St. Paul Mn. 55101 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Interests in insurance policies.<br>    Northwestern Mutual Term Life #18459381 Location:<br>720 E. Wisconsin Ave., Milwaukee, WI 53202 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Stock<br>    Scarlett Y. Monroy-Alba M.D. PA, d/b/a Family<br>Medical Health Care | 4,000.00 | 0.00 | | 0.00 | FA |
| 23 | Patents, copyrights,  intellectual property<br>    Stuff n Stash Portable Safe System | 0.00 | 0.00 | | 0.00 | FA |
| 24 | AUTOMOBILES AND OTHER VEHICLES<br>    1995 Jeep Cherokee Country 2X4 Location: 4141<br>Rolling Springs Dr. Tampa, FL 33624, Less than<br>Average Mechanical condition/Leaking, fluids/AC is<br>intermittent/needs new tires | 1,044.00 | 0.00 | | 0.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES<br>    2009 Jeep Liberty Location: 4141 Rolling Springs<br>Dr. Tampa, FL 33624 | 14,211.00 | 213.00 | | 0.00 | FA |
| 25 | **Assets**   **Totals** (Excluding unknown values) | **$442,620.00** | **$652.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

        Trustee to sell non-exempt interest in real property.  8.12

        Sale notice filed.  8.12

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 8:12-bk-09925-KRM |
| Case Name: | ALBA, JOHNANGEL |
| | MONROY-ALBA, SCARLETT Y |
| Period Ending: | 01/04/14 |

| | |
|---|---|
| Trustee: | (290550)   Beth Ann Scharrer |
| Filed (f) or Converted (c): | 06/28/12 (f) |
| §341(a) Meeting Date: | 08/02/12 |
| Claims Bar Date: | 11/15/12 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Rcvd payment for estate interest in real property.  9.12

Claims review in process.  12.12

Objection to claim 12 filed.  To close case after order entered.  4.13

Order on objection to claim 12 entered.  TFR in process.  12.13

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | June 15, 2013 | Current Projected Date Of Final Report (TFR): | December 20, 2013 |

| January 4, 2014 | | /s/ Beth Ann Scharrer |
|---|---|---|
| Date | | Beth Ann Scharrer |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:12-bk-09925-KRM | | Trustee: | Beth Ann Scharrer (290550) |
|---|---|---|---|---|
| Case Name: | ALBA, JOHNANGEL | | Bank Name: | The Bank of New York Mellon |
| | MONROE-ALBA, SCARLETT Y | | Account: | 9200-******08-66 - Checking Account |
| Taxpayer ID #: | **-***2357 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 01/04/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/12 | {4} | Christie D. Arkovich PA Operating Account | Payment for real property | 1110-000 | 5,000.00 | | 5,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029055088 20121218 | 9999-000 | | 4,925.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,000.00** | **5,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,925.00 | |
| | | | **Subtotal** | | **5,000.00** | **75.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$75.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 8:12-bk-09925-KRM | **Trustee:** | Beth Ann Scharrer (290550) |
| **Case Name:** ALBA, JOHNANGEL | **Bank Name:** | Rabobank, N.A. |
| MONROY-ALBA, SCARLETT Y | **Account:** | ****801266 - Checking Account |
| **Taxpayer ID #:** **-***2357 | **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Period Ending:** 01/04/14 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,925.00 | | 4,925.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,915.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,905.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,895.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,885.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,875.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,865.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,855.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,845.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,835.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,825.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,815.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,805.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,795.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,925.00 | 130.00 | $4,795.00 |
| Less: Bank Transfers | 4,925.00 | 0.00 | |
| **Subtotal** | 0.00 | 130.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $130.00 | |

| | |
|---|---|
| Net Receipts : | 5,000.00 |
| Net Estate : | $5,000.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******08-66** | 5,000.00 | 75.00 | 0.00 |
| **Checking # ****801266** | 0.00 | 130.00 | 4,795.00 |
| | $5,000.00 | $205.00 | $4,795.00 |

| | |
|---|---|
| January 4, 2014 | /s/ Beth Ann Scharrer |
| Date | Beth Ann Scharrer |

# Exhibit C - Claims Analysis

### Case:  8:12-bk-09925-KRM          ALBA, JOHNANGEL

Claims Bar Date:  11/15/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -2 | Weisman & Associates<br>4306 Hudson Ln.<br><br>Tampa, FL 33618<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/22/12 | Claims 1-11 are proper unsecured claims.<br>Claim 12 - disallowed.  BAS | $55,492.47<br>$55,492.47 | $0.00 | $55,492.47 |
| 2 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/26/12 | | $1,869.41<br>$1,869.41 | $0.00 | $1,869.41 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/04/12 | | $7,052.65<br>$7,052.65 | $0.00 | $7,052.65 |
| 4 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/04/12 | | $9,868.82<br>$9,868.82 | $0.00 | $9,868.82 |
| 5 | FIA Card Services, N.A. as successor to<br>BOA and MBNA Bank America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/12 | | $15,471.25<br>$15,471.25 | $0.00 | $15,471.25 |
| 6 | FIA Card Services, N.A. as successor to<br>BOA and MBNA Bank America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/12 | | $27,088.44<br>$27,088.44 | $0.00 | $27,088.44 |
| 7 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/18/12 | | $6,889.83<br>$6,889.83 | $0.00 | $6,889.83 |
| 8 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/18/12 | | $10,208.06<br>$10,208.06 | $0.00 | $10,208.06 |

# Exhibit C - Claims Analysis

### Case: 8:12-bk-09925-KRM          ALBA, JOHNANGEL

Claims Bar Date: 11/15/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | PYOD LLC (Citibank Assignee) | Unsecured | | $387.35 | $0.00 | $387.35 |
| | Resurgent Capital Svcs | 09/19/12 | | $387.35 | | |
| | P.O. Box 19008 | | | | | |
| | Greenville, SC 29602 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | PYOD LLC (Citibank Assignee) | Unsecured | | $6,322.27 | $0.00 | $6,322.27 |
| | Resurgent Capital Svcs | 09/19/12 | | $6,322.27 | | |
| | P.O. Box 19008 | | | | | |
| | Greenville, SC 29602 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | Capital One, N.A. | Unsecured | | $3,761.65 | $0.00 | $3,761.65 |
| | Bass & Associates, P.C. | 10/19/12 | | $3,761.65 | | |
| | 3936 E. Ft. Lowell Road, Suite #200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | De Lagen Landen Financial | Unsecured | | $14,232.05 | $0.00 | $0.00 |
| | Lease Processing Center | 11/05/12 | | $0.00 | | |
| | 1111 Old Eagle School Rd | | Disallowed | | | |
| | Wayne, PA 19087 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | | **Case Total:** | **$0.00** | **$144,412.20** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:12-bk-09925-KRM
Case Name: ALBA, JOHNANGEL
Trustee Name: Beth Ann Scharrer

**Balance on hand:**                    $              4,795.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:      $              0.00
Remaining balance:                          $          4,795.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Beth Ann Scharrer | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - Beth Ann Scharrer | 83.89 | 0.00 | 83.89 |

Total to be paid for chapter 7 administration expenses:      $          1,333.89
Remaining balance:                                           $          3,461.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None             |                 |                          |                  |

Total to be paid for prior chapter administrative expenses:      $          0.00
Remaining balance:                                               $      3,461.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

Total to be paid for priority claims:      $              0.00
Remaining balance:                         $          3,461.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 144,412.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Weisman & Associates | 55,492.47 | 0.00 | 1,329.99 |
| 2 | GE Capital Retail Bank | 1,869.41 | 0.00 | 44.81 |
| 3 | Capital One Bank (USA), N.A. | 7,052.65 | 0.00 | 169.04 |
| 4 | Capital One Bank (USA), N.A. | 9,868.82 | 0.00 | 236.52 |
| 5 | FIA Card Services, N.A. as successor to | 15,471.25 | 0.00 | 370.80 |
| 6 | FIA Card Services, N.A. as successor to | 27,088.44 | 0.00 | 649.22 |
| 7 | American Express Bank, FSB | 6,889.83 | 0.00 | 165.13 |
| 8 | American Express Bank, FSB | 10,208.06 | 0.00 | 244.65 |
| 9 | PYOD LLC (Citibank Assignee) | 387.35 | 0.00 | 9.28 |
| 10 | PYOD LLC (Citibank Assignee) | 6,322.27 | 0.00 | 151.52 |
| 11 | Capital One, N.A. | 3,761.65 | 0.00 | 90.15 |
| 12 | De Lagen Landen Financial | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $         3,461.11

Remaining balance:     $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $         0.00

Remaining balance:     $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**